# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA

V.                                                                                       **CRIMINAL COMPLAINT**

Miguel Angel OCHOA-Ochoa                                              Case Number: 7:13-po- 0470
A96 177 887
YOB: 1978
POB: Mexico
*Name and Address of Defendant*

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __April 1, 2012__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,
*(Track Statutory Language of Offense)*
being then and there an alien did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers:

in violation of Title __8__ United States Code, Section(s) __1325 (a) (1)__

I further state that I am a(n) __Immigration Enforcement Agent__ and that this complaint is based on the following facts:

**On April 24, 2013 Miguel Angel OCHOA-Ochoa was encountered by Immigration Enforcement Agents at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the Defendant and he was remanded to the custody of Immigration and Customs Enforcement on July 17, 2013. When questioned as to his citizenship, Defendant stated that he is a citizen and national of Mexico, who illegally entered the United States on or about April 1, 2012, by wading the Rio Grande River at or near Hidalgo, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/s/  **Tomas Silva**

Sworn to before me and subscribed in my presence,     Printed Name of Complainant

**July 18, 2013**                                               at      **McAllen, Texas**
Date                                                                            City and State

**Peter E. Ormsby , U.S. Magistrate Judge**
Name and Title of Judicial Officer                              Signature of Judicial Officer